**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA,                  ) | |
|                                            ) | |
|                 Plaintiff,                 ) | |
|                                            ) | |
|         v.                                 ) | Civil Action No. 11-01388 (RBW) |
|                                            ) | |
| BOLLINGER SHIPYARDS, INC., BOLLINGER       ) | |
| SHIPYARDS LOCKPORT, LLC, AND HALTER        ) | |
| BOLLINGER JOINT VENTURE, LLC,              ) | |
|                                            ) | |
|                 Defendants.                ) | |
| _____) | |

**ORDER**

In accordance with the Memorandum Opinion issued in this case on this same date, it is hereby

**ORDERED** that the defendants' Motion to Transfer is **GRANTED**.  It is further

**ORDERED** that this case be forthwith transferred to the United States District Court for the Eastern District of Louisiana.

**SO ORDERED** this 30th day of March, 2012.


REGGIE B. WALTON
United States District Judge